No. 696. UNITED STATES *v.* ARKELL AND DOUGLAS, INC., ET. AL., AND THOMAS G. PLANT COMPANY. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for the United States. *Mr. D. Roger Englar* for respondents.

---

No. 698. ALBERT ROSS *v.* UNITED STATES;
No. 699. PETER C. JEZEWSKI *v.* UNITED STATES;
No. 700. MAX WOSINSKI *v.* UNITED STATES;
No. 706. SAM LASKOLIN *v.* UNITED STATES. November 29, 1926. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Earl J. Davis* for petitioner in No. 698. *Mr. Thomas W. Payne* for petitioners in Nos. 699 and 700. *Mr. Ira J. Pettiford* for petitioner in No. 706. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 701. UNITED STATES *v.* HEBER NATIONS. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States. *Messrs. Charles G. Rivelle* and *Patrick H. Cullen* for respondent.

---

No. 702. COMMONWEALTH OF KENTUCKY EX REL. FRANK E. DAUGHERTY, ATTORNEY GENERAL OF THE COMMONWEALTH OF KENTUCKY *v.* WALDEMAR CONRAD VON ZEDWITZ, UNITED STATES TRUST COMPANY OF NEW YORK AND HENRY CACHARD, TRUSTEES, ETC. November 29, 1926. Petition for a writ of certiorari to the Court of